IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SANDRA BILLECI, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| MERCK & CO., INC., et al. | : | NO. 17-486 |

ORDER

AND NOW, this 5th day of April, 2018, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that the motion of defendants Merck & Co., Inc. and Merck Sharp & Dohme Corp. for summary judgment against plaintiffs Sandra Billeci and Dennis Billeci (Doc. # 34) under Rule 56 of the Federal Rules of Civil Procedure on the ground that the action is barred by the statute of limitations is DENIED.

BY THE COURT:

/s/ Harvey Bartle III
J.