IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: ZOSTAVAX (ZOSTER VACCINE LIVE) PRODUCTS LIABILITY LITIGATION | : : : : | MDL NO. 2848 |
| THIS DOCUMENT RELATES TO: | : : | |
| SANDRA BILLECI & DENNIS BILLECI v. MERCK & CO., INC., et al. | : : : : : | CIVIL ACTION NO. 17-486 |

PRETRIAL ORDER NO. 471

AND NOW, this 16th day of March, 2023, for the reasons set forth in the foregoing Memorandum, it is hereby ORDERED that the motion of defendants Merck & Co., Inc. and Merck Sharp & Dohme Corp. (now Merck Sharp & Dohme LLC) for partial summary judgment under Rule 56 of the Federal Rules of Civil Procedure on plaintiffs' claims for negligent failure to warn and for strict liability failure to warn (Doc. # 1158) is GRANTED.

BY THE COURT:

/s/ Harvey Bartle III
                    J.